COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER WITHDRAWING MEDIATION ORDER

Appellate Case Name:      PMEB Medical Billing, LP v. Koronis Revenue Solutions, LLC, Bradley England, Susan Nealy and Cypress Creek Emergency Association dba Cypress Creek EMS

Appellate Case number:      01-21-00402-CV

Date Motion Filed:      August 26, & 27, 2021

Type of Motion:      Objection to Mediation

Party Filing Motion:      Appellees

Trial Court Cause Number:      2014-64377

Trial Court:      125th District Court

It is **ORDERED** that appellees' objection to mediation is granted. We withdraw our Mediation Order dated August 16, 2021.

Judge's signature: ___/s/ Sherry Radack___
           Acting individually


Date: September 9, 2021.